**COLE, Movant, v. COMMONWEALTH OF KENTUCKY, Opposed.**

Court of Appeals of Kentucky.

(Decided March 27, 1936.)

FLEM D. SAMPSON for movant.

B. M. VINCENT, Attorney General, and A. E. FUNK, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied. Judgment affirmed.

**NATIONAL LIFE & ACCIDENT INS. CO., Movant v. POSTON, Opposed.**

Court of Appeals of Kentucky.

(Decided March 27, 1936,)

PENTECOST & DORSEY for movant.

H. M. STANLEY opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.